# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MARGARET SIR LOUIS, *et al.*, | ) | CASE NO: 1:18cv249 |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| TRACY EASTERDAY, *et al.*, | ) ) | |
| Defendants. | ) ) | **MEMORANDUM OPINION & ORDER** |

This case is before the Court upon consent of the parties, entered March 27, 2018. Currently pending is the Motion of Plaintiffs Margaret Sir Louis, John Sir Louis, and Jacob Sir Louis to "Permit Margaret Sir Louis to Appear at All Hearings, Telephone or Otherwise, as the Representative for All Plaintiffs." (Doc. No. 14.)

Plaintiffs' Motion is denied. The only proceeding currently scheduled in the above-captioned matter is the telephonic Case Management Conference set for April 18, 2018. This conference is with lead counsel only and, therefore, none of the named Plaintiffs are required to participate. The Court will not entertain requests to excuse attendance at future court proceedings at this time.

**IT IS SO ORDERED.**

Date: April 16, 2018

s/ *Jonathan D. Greenberg*
Jonathan D. Greenberg
U.S. Magistrate Judge